United States Bankruptcy Court
Northern District of Ohio

In re:  
Jason W. Howe  
     Debtor

Case No. 18-33068-jpg  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0647-3      User: skrie      Page 1 of 1      Date Rcvd: Dec 06, 2019  
                       Form ID: 233      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.

```
db              +Jason W. Howe,    127 W. Letson Street,     Kenton, OH 43326-2124
25681357        +Citizen One Home Loans,    PO Box 6260,     Glen Allen, VA 23058-6260
25711054        +Citizens Bank, N.A.,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
25681358        +Macy's,    PO Box 8052,     Mason, OH 45040-8052
25720547        +Partners for Payment Relief DE II, LLC,     920 Cassatt Road, Suite 210,    Berwyn, PA 19312-1178
25681359        +Partners for Payment Relief, LLC,    Registered Ohio Statutory Agent,    2644 Kull Road,
                  Lancaster, OH 43130-7707
26317199        +Reliant Loan Servicing, LLC,    c/o FCI Lender Services, Inc.,    PO Box 27370,
                  Anaheim Hills, CA 92809-0112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
25681356        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2019 23:40:04      Capital One,
                  PO Box 30273,    Salt Lake City, UT 84130-0273
25769860         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2019 23:40:04
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
25784922         E-mail/Text: bnc-quantum@quantum3group.com Dec 06 2019 23:34:40
                  Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
25790877        +E-mail/Text: anewland@questfcu.com Dec 06 2019 23:32:31     Quest Federal Credit Union,
                  232 N. Main Street,    Ada, Ohio 45810-1110
25681360        +E-mail/Text: anewland@questfcu.com Dec 06 2019 23:32:31     Quest Federal Credit Union,
                  12837 US Hwy 68,    Kenton, OH 43326-9301
                                                                                             TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIZENS Bank N.A.
cr              Partners for Payment Relief DE II, LLC
cr              Reliant Loan Servicing, LLC
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:

```
              Amy L. Lambdin    on behalf of Debtor Jason W. Howe amy@llohio.com,   lambdin81@gmail.com
              D. Anthony Sottile    on behalf of Creditor    Partners for Payment Relief DE II, LLC
               bankruptcy@sottileandbarile.com
              Edward J. Boll, III    on behalf of Creditor    CITIZENS Bank N.A. nohbk@lsrlaw.com
              Elizabeth A. Vaughan    13ECFNotices@chapter13toledo.com,   toledo13@ecf.epiqsystems.com
              Jon J. Lieberman    on behalf of Creditor    Partners for Payment Relief DE II, LLC
               bankruptcy@sottileandbarile.com
              Mia L. Conner    on behalf of Creditor    CITIZENS Bank N.A. nohbk@lsrlaw.com
              Molly Slutsky Simons    on behalf of Creditor    Reliant Loan Servicing, LLC
               bankruptcy@sottileandbarile.com
                                                                                             TOTAL: 7
```

Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604
**Case No. 18−33068−jpg**

**In re:**
   Jason W. Howe
   127 W. Letson Street
   Kenton, OH 43326

**Social Security No.:**
   xxx−xx−9183

**NOTICE OF HEARING ON MOTION TO MODIFY CONFIRMED PLAN**

Jason W. Howe, Debtor filed papers with the Court requesting modification of his Chapter 13 Plan.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before January 2, 2020 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must also mail a copy to:**

**Trustee**
Elizabeth A. Vaughan
Office of the Chapter 13 Trustee
316 N. Michigan Street #501
Toledo, OH 43604

**Debtor's Attorney**
Amy L. Lambdin
Lange & Lambdin, LLC
15 N. Detroit Street
Suite 1000
Kenton, OH 43326

**Movant's Attorney**
Attorney for Debtor

**And attend the hearing scheduled for:**
Thursday, January 9, 2020 at 11:00 a.m.
1716 Spielbusch, Courtroom #1, RM 119
Toledo, Ohio 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** December 6, 2019
Form ohnb233

For the Court
Josiah C. Sell, Clerk